1011

No. 87–6560. PACE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–6598. PHILLIPPE v. SHAPELL INDUSTRIES, INC. Sup. Ct. Cal. Certiorari denied.

No. 87–6610. WILLIAMS v. CHRISTENSEN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–6611. ROBINSON v. SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 87–6621. BILDER v. CITY OF AKRON, OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 87–6626. GASSETT v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 87–6629. RECHTMANN v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 87–6631. GARCIA v. TURNER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 87–6632. KENNISON v. VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 87–6635. GINDORF v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 87–6637. REFRE v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 87–6642. HORTON v. TABAH. C. A. 11th Cir. Certiorari denied.

No. 87–6646. SAMUELS v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 87–6648. MAY v. WARNER AMEX CABLE COMMUNICATIONS ET AL. C. A. 6th Cir. Certiorari denied.